EDGE *v.* THE STATE.

DUCKWORTH, Justice. The certificate of the trial judge, which is attached to the bill of exceptions, certifies merely that "the same is a true statement of movant's contentions," but nowhere certifies that such bill of exceptions is true. Under repeated rulings by this court, there ought now to be no lack of a clear and full understanding of the law which imperatively demands that every bill of exceptions be certified by the trial judge to be true, in order that the Supreme Court may have jurisdiction. In the absence of such certificate, the Supreme Court is without jurisdiction of the writ of error and the same must be dismissed. *Houston* v. *Postell,* 141 *Ga.* 792 (82 S. E. 148); *White* v. *Strickland,* 145 *Ga.* 356 (89 S. E. 333); *Cady* v. *Cady,* 161 *Ga.* 556 (131 S. E. 282), and cit.; *Bell* v. *Stephens,* 172 *Ga.* 610 (158 S. E. 327); *Blackley* v. *Bell,* 187 *Ga.* 702 (1 S. E. 2d, 676); *Etheridge* v. *Henderson,* 188 *Ga.* 189 (3 S. E. 2d, 674); *MacNeill* v. *Maddox,* 194 *Ga.* 802 (22 S. E. 2d, 653).

*Writ of error dismissed. Bell, C. J., Jenkins, P. J., Atkinson and Wyatt, JJ., concur.*

No. 15177. JUNE 7, 1945.

*W. B. Kent,* for plaintiff in error.

*T. Grady Head,* attorney-general, *W. H. Lanier,* solicitor-general, and *N. J. Smith,* assistant attorney-general, contra.